# EXHIBIT A

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 1211 RO 0622 | TRIAL COURT OF MASSACHUSETTS |

Plaintiff's Name: Lisa Mackey

Name & Address Of Court:
Lowell District Court
41 Hurd Street
Lowell, MA. 01852

DEFT. INFO.

Defendant's Name & Address:
James Mackey
51 Riverdale Ave.
Tewksbury, MA 01876

Alias, if any:

Date of Birth:

Sex: [X] M [ ] F    Place of Birth: Lowell

SS # (Last four digits only): XXX-XX-

Daytime Ph # 508-723-2468

Cell Phone # (   )

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

[X] This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

[ ] This Order was communicated by telephone from the Judge named below to: Police Dept._____ Police Officer_____

[X] 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations.

[X] 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF,** in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _100_ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exceptions to this order are: a) contact as permitted in Sections 8, 9, 10 and 11 below; or b) by sending the Plaintiff, by mail, by sheriff or by other authorized officer, copies of papers filed with the court when that is required by statute or court rule.

[X] 3. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE,** except as permitted in Sections 8 and 10 below, located at _68 Mitchell G Dr. Tewksbury, MA_____ or wherever else you may have reason to know the Plaintiff may reside. The Court also ORDERS you (a) to surrender any keys to that residence to the Police; (b) not to damage any belongings of the Plaintiff or any other occupant; (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff; and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.

[ ] **If this box is checked, the Court also ORDERS** you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

[ ] 4a. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at_____

[ ] 4b. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S SCHOOL** located at_____

[ ] 5a. **THE COURT ORDERS** that the Plaintiff's residential address not appear on the order.

[ ] 5b. **THE COURT ORDERS** that the Plaintiff's workplace address not appear on the order.

[ ] 5c. **THE COURT ORDERS** that the Plaintiff's school address not appear on the order.

[ ] 6. **CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| NAME | AGE | NAME | AGE |
|------|-----|------|-----|
|      |     |      |     |
|      |     |      |     |

[ ] 7. **YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW,** either in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _____ yards away from them unless you receive written permission from the Court to do otherwise.

[ ] You are also ordered to stay away from the following school(s), day care(s), other: _____

| NAME | AGE | NAME | AGE |
|------|-----|------|-----|
|      |     |      |     |

[ ] 8. **VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):

[ ] Visitation is only allowed if supervised and in the presence of _____ (name) at the following times _____

[ ] Transportation of children to and from this visitation is to be done by _____ to be paid for by _____ (name)

[ ] You may only contact the Plaintiff to arrange this visitation. Contact may be made only by [ ] phone, [ ] e-mail, [ ] text, [ ] other _____ (name) (third party), and not by you.

[ ] 9. **YOU ARE ORDERED TO PAY SUPPORT IN THE FOLLOWING MANNER:**

[ ] $_____ child support per _____ [week/month] by income withholding through the Department of Revenue. Defendant shall send payments to DOR at _____55144, Boston, MA 02205-5144 until employer deductions begin.

[ ] $75.__ child support per _____ [week/month] directly to the Plaintiff by mailing payments to _____

[X] $752.__ support for the Plaintiff per _WK_ [week/month] directly to the Plaintiff by mailing payments to _68 Mitchell G. Dr., Tewksbury_

[ ] Other orders:

[ ] 10. **YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed to by the Plaintiff.

[ ] 11. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20___ [ ] by mailing directly to the Plaintiff [ ] through the Probation Office of this Court.

[X] 12. **THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER** to the _Tewksbury_ Police Department or to the police officer serving this order all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately. You must immediately surrender the items listed above, and also comply with all other Orders in this case. Subject to certain exceptions, purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime. 18 U.S.C. §§ 922(g)(8) and 925.

13. **ON THE NEXT SCHEDULED HEARING DATE,** the Court will hear testimony and other evidence regarding Section 9 of this order, which involves support for the Plaintiff and/or the minor children. You are hereby ordered to bring with you to the next scheduled hearing date any financial records in your possession (including your most recent tax return and your last four paystubs) that provide evidence of your current income.

14. **YOU ARE ALSO ORDERED** _____

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without attorney, to oppose any extension or modification of this Order.

COPY

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 1211 RO 0622 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

☐ 15. Police reports are on file at the _____ Police Department.

☐ 6. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:

_____ (DOCKET #s) _____ (PCF #)

to _____

☐ 17. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____ Police Department(s) by ☐ telephone ☐ other _____.

**B. NOTICE TO LAW ENFORCEMENT**

☒ 1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in hand to the Defendant: _____

☐ 2. Defendant Information Form accompanies this Order.

☐ 3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER 5-3-12 | TIME OF ORDER 1:10 ☐ A.M. ☒ P.M. | EXPIRATION DATE OF ORDER 5-17-12 at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

NEXT HEARING DATE: 5-17-12 at 10:30 ☒ A.M. ☐ P.M. Courtroom _____

**☒ C. MODIFICATION/EXTENSION**

☒ This order was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued _5/3_, 20_12_ be **MODIFIED** as follows:

_____
_____
_____
_____

☒ The expiration date of this order has been **EXTENDED** (See Below) ☒ OTHER MODIFICATION(S) Add #9

☒ **Firearm** surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: 5/17/12 | EXPIRATION DATE OF ORDER: 5/17/13 at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: 11:12 ☒ A.M. ☐ P.M. | NEXT HEARING DATE: 5/17/13 at 1030 ☒ A.M. ☐ P.M. Courtroom _____ | |

**☒ D. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued _5/17_, 20_12_ be **MODIFIED** as follows::

#9 amended to $75.00 per week based on financial statement submitted by defendant this date. This amendment is without prejudice to any petition plaintiff may bring before any court of competent jurisdiction.

☐ The expiration date of this order has been **EXTENDED** (See Below) ☐ OTHER MODIFICATION(S) _____

☒ **Firearm** surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: 6/15/12 | EXPIRATION DATE OF ORDER: 5/17/13 at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: 1:30 ☐ A.M. ☒ P.M. | NEXT HEARING DATE: 5/17/13 at 1030 ☒ A.M. ☐ P.M. Courtroom _____ | |

**E. PRIOR COURT ORDER TERMINATED**

☐ This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.

☐ TERMINATED AT PLAINTIFF'S REQUEST.

| SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. |
|---|---|---|

WITNESS - FIRST OR CHIEF JUSTICE
Thomas M. Brennan

A true copy, attest (Asst.) Clerk-Magistrate/ (Asst.) Register of Probate

COPY

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 1211 RO 0622 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports are on file at the_____Police Department.

15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:

_____(DOCKET #s) _____(PCF #)

☐ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to_____Police Department(s) by ☐ telephone ☐ other_____.

☐ B. NOTICE TO LAW ENFORCEMENT.

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.

☐ 2. Defendant Information Form accompanies this Order.

☐ 3. Defendant has been served in hand by the Court's designee: Name_____ Date_____

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at_____ ☐ A.M. ☐ P.M. in Courtroom_____ |
|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

SIGNATURE/NAME OF JUDGE

☒ C. MODIFICATION.

☒ This modification was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued on 6/15, 20 12 be MODIFIED as follows:

☐ The expiration date of this order has been EXTENDED (See Below) ☒ OTHER MODIFICATION(S) # 9 is amended to $150/week consistent with Probate Ct. Temp Order of 6/13/12. ☒

☒ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the plaintiff. The weekly amt is to be Postmarked Wednesday of each week.

| Date of this Modification: 12/13/12 | Expiration date of this order: 5/17/13 | Signature/Name of Judge: ~ Pá |
|---|---|---|

Time of Modification: 10:41 ☒ A.M. ☐ P.M. Next Hearing Date: 5/17/13 at 1030 ☒ A.M. ☐ P.M. Courtroom _____

☒ D. MODIFICATION.

☐ This modification was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued on 12/13, 20 12 be MODIFIED as follows:

☒ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☒ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the plaintiff.

| Date of this Modification: 5-17-13 | Expiration date of this order: 5-16-14 | Signature/Name of Judge: Jom Bautt |
|---|---|---|

Time of Modification: 12:14 ☐ A.M. ☐ P.M. Next Hearing Date: 5-16-14 at 10:30 ☒ A.M. ☐ P.M. Courtroom #2

☒ E. MODIFICATION.

☐ This modification was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued on 5-17, 20 3 be MODIFIED as follows:

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) D IS TO STAY 300 YARDS away from Plaintiff's home Bos. area otherwise _____ remains

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the plaintiff.

| Date of this Modification: 8-23-13 | Expiration date of this order: 5-16-14 | Signature/Name of Judge: M |
|---|---|---|

Time of Modification: 10:52 ☐ A.M. ☐ P.M. Next Hearing Date: 5-16-14 at 10:30 ☐ A.M. ☐ P.M. Courtroom

☐ F. PRIOR COURT ORDER VACATED.

This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.

☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE/NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. |
|---|---|---|
| WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk Magistrate/ (Asst.) Register of Probate | |

ABUSE PREVENTION
(G.L. c. 209A) Page 2 of 2

DOCKET No. 1211 RO 0622

**TRIAL COURT OF MASSACHUSETTS**

15. Police reports are on file at the _____ Police Department.

16. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:

to _____ (DOCKET #s) _____ (PCF #)

☐ 17. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____
Department(s) by ☐ telephone ☐ other _____ Police

**B. NOTICE TO LAW ENFORCEMENT**

☐ 1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in hand to the Defendant: _____

☐ 2. Defendant Information Form accompanies this Order.

☐ 3. Defendant has been served in hand by the Court's designee:  Name _____

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE | Date _____ |
|---|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M.  Courtroom _____

**C. MODIFICATION/EXTENSION**

☑ This order was issued after a hearing at which the Plaintiff ☑ appeared ☐ did not appear and the Defendant ☑ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued _____, 20_____ be **MODIFIED** as follows:

_____
_____
_____
_____
_____

☑ The expiration date of this order has been **EXTENDED** (See Below) ☐ OTHER MODIFICATION(S) _____

☑ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: 5/12/14 | EXPIRATION DATE OF ORDER: 5/15/15 at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE  Eli M Cohn |
|---|---|---|
| TIME OF MODIFICATION: 2:25 ☐ A.M. ☑ P.M. | NEXT HEARING DATE: 5/15/15 at 10:30 ☑ A.M. ☐ P.M. Courtroom _____ | |

**D. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued _____, 20_____ be **MODIFIED** as follows::

_____
_____
_____
_____
_____

☐ The expiration date of this order has been **EXTENDED** (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M. Courtroom _____ | |

**E. PRIOR COURT ORDER TERMINATED**

☐ This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.

☐ TERMINATED AT PLAINTIFF'S REQUEST.

SIGNATURE OF JUDGE
PRINT/TYPE NAME OF JUDGE

After Hearing of order
RO to expire 5·15·15

| DATE OF ORDER | TIME OF ORDER 4:00 ☐ A.M. ☐ P.M. |
|---|---|

WITNESS - FIRST OR CHIEF JUSTICE
Thomas M. Brennan

A true copy, attest (Asst.) Clerk-Magistrate/ (Asst.) Register of Probate

n-2A (1/12)