UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. MACKEY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TOWN OF TEWKSBURY, TOWN OF TEWKSBURY )<br>POLICE DEPARTMENT, CHIEF OF POLICE )<br>TIMOTHY SHEEHAN, OFFICER MICHAEL )<br>MCLAUGHLIN, OFFICER MARKUS MCMAHON, )<br>SERGEANT BRIAN WARREN, DETECTIVE )<br>PATRICK CONNOR, OFFICER DAVID DUFFY, )<br>OFFICER JAMES RYSER, OFFICER DANIEL )<br>KERBER, OFFICER ERIC HANLEY, )<br>DETECTIVE PETER REGAN, SERGEANT TIMOTHY )<br>KELLY, SERGEANT CHRIS COVIELLO, DETECTIVE )<br>ANDREW RICHARDSON, OFFICER ALBERT )<br>PICCOLO, OFFICER KIMBERLY O'KEEFE, )<br>LIEUTENANT SCOTT GAYNOR, DETECTIVE )<br>MICHAEL DONOVAN, LIEUTENANT ROBERT )<br>STEPHENS, OFFICER JAMES GRIFFIN, OFFICER )<br>PAUL NICOSIA, OFFICER DAVID MIANO, )<br>SERGEANT WALTER JOP, III, OFFICER JAMES )<br>HOLLIS, OFFICER JASON MCNAMARA, OFFICER )<br>ROBERT BJORKGREN, OFFICER ROBERT FIELD )<br>and OFFICER ALYSIA RUSSO, )<br>)<br>Defendants. )<br>) | C.A. No. 15-CV-12173MBB |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**

Plaintiff James F. Mackey, Jr. ("Plaintiff" or "Mr. Mackey") hereby opposes Defendants' Motion to Strike his Affidavit submitted in support of his Opposition to Defendants' Motion for Summary Judgment ("Affidavit").

Defendants' Motion to Strike is entirely meritless.  Defendants seek to strike portions of the Affidavit in which Mr. Mackey is simply recounting his observations and first-hand experiences, which are entirely permissible components of an affidavit.  See, e.g., Defendants' Motion to Strike with respect to Paragraphs 3 (in which Mr. Mackey recounts a conversation he had with Defendants during his arrest), 4 (in which Mr. Mackey recounts his observations of his father's conduct in response to statements made by Defendants), 6 (in which Mr. Mackey recounts his observations of the Tewksbury Police Officers' conduct), 7 (in which Mr. Mackey recounts his observations of his daughter's outward demeanor), 9 (in which Mr. Mackey recounts the fact of the Tewksbury Police Department bringing charges against him), 10 (in which Mr. Mackey recounts the fact of not having received notice of a hearing), and 16 (in which Mr. Mackey recounts that he and others did not give the Tewksbury Police Officers permission to enter the building) of the Affidavit.

In addition, Defendants mischaracterize their own statements as hearsay.  See Defendants' Motion to Strike with respect to Paragraphs 4 & 8 of the Affidavit.  A statement of an opposing party is not hearsay when offered into evidence against that party.  See Fed. R. Evid. 801(d)(2).

Plaintiff reserves the right to raise additional arguments in opposition to Defendants' Motion to Strike at the hearing on this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion to Strike the Affidavit of James F. Mackey, Jr.

Respectfully submitted,

JAMES F. MACKEY, JR.

By his attorneys,

*/s/ Benjamin S. Kafka*_____
Sean T. Carnathan, Esq. (BBO # 636889)
scarnathan@ocmlaw.net
David B. Mack, Esq. (BBO # 631108)
dmack@ocmlaw.net
Benjamin S. Kafka, Esq. (BBO# 640993)
bkafka@ocmlaw.net
Stephanie Parker, Esq. (BBO #687610)
sparker@ocmlaw.net
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van De Graaff Drive, Suite 104
Burlington, Massachusetts 01803
Tel. 781-359-9000

Dated: February 27, 2018

**CERTIFICATE OF SERVICE**

I, Benjamin S. Kafka, hereby certify that the foregoing document has been filed and served through the Court's electronic filing system and to all parties, this 27th day of February, 2018.

*     /s/ Benjamin S. Kafka*_____
Benjamin S. Kafka