# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Mackey )<br>      Plaintiff(s), )<br>)<br>v. )<br>)<br>Albert Piccolo, et al )<br>      Defendant(s). )<br>) | **CIVIL ACTION**<br>**NO. 1:15-cv-12173-MBB** |

REPORT RE:  REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO: MAGISTRATE MARIANNE JUDGE BOWLER

HENNESSY, M.J.

On April 12, 2021, the above case settled at a:

\_\_\_\_ EARLY NEUTRAL EVALUATION     _X_ MEDIATION
\_\_\_\_ MINI-TRIAL     \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT PRIOR TO MEDIATION

The Court reports the case was:

( X ) Settled.  Your clerk should enter a _30_ day order of dismissal.
(   ) There was progress.  A further conference has been scheduled for _____.
 unless the case is reported settled prior to that date.
(   ) Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

 April 12, 2021                                           /s/ David. H. Hennessy
 Date                                                       David H. Hennessy, USMJ