# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES F. MACKEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> Town of Tewksbury, Town of Tewksbury Police Department, Chief of Police Timothy Sheehan, Officer Michael McLaughlin, Officer Markus McMahon, Sergeant Brian Warren, Detective Patrick Connor, Officer David Duffy, Officer James Ryser, Officer Daniel Kerber, Officer Eric Hanley, Detective Peter Regan, Sergeant Timothy Kelly, Sergeant Chris Coviello, Detective Andrew Richardson, Officer Albert Piccolo, Officer Kimberly O'Keefe, Lieutenant Scott Gaynor, Detective Michael Donovan, Lieutenant Robert Stephens, Officer James Griffin, Officer Paul Nicosia, Officer David Miano, Sergeant Walther Jop, III, Officer James Hollis, Officer Jason McNamara, Officer Robert Bjorkgren, Officer Robert Field and Officer Alysia Russo, <br><br> Defendants. | C.A. No. 15-CV-12173-MBB |

## JOINT MOTION TO EXTEND NISI ORDER OF DISMISSAL

This case was reported settled and a Nisi Order of Dismissal entered on April 12, 2021. The deadline under the existing Nisi Order is May 12, 2021. The parties have signed a settlement agreement, which calls for certain settlement terms to take place within the next two weeks, following which the parties will file a Stipulation of Dismissal

with Prejudice.  The parties therefore request that the Nisi Order deadline be extended to June 12, 2021.

        Respectfully submitted,

        JAMES F. MACKEY, JR.

        By his attorneys,

        ___/s/ *Benjamin S. Kafka*_____
        Sean T. Carnathan, Esq. (BBO # 636889)
        scarnathan@ocmlaw.net
        David B. Mack, Esq. (BBO # 631108)
        dmack@ocmlaw.net
        Benjamin S. Kafka, Esq. (BBO# 640993)
        bkafka@ocmlaw.net
        Stephanie Parker, Esq. (BBO #687610)
        sparker@ocmlaw.net
        O'Connor, Carnathan and Mack LLC
        Landmark One
        1 Van De Graaff Drive
        Suite 104
        Burlington, Massachusetts 01803
        Tel. 781-359-9000

        Respectfully submitted,

        Defendants,

        By their attorneys,

        /s/ *Jeremy Silverfine*_____
        Jeremy Silverfine (BBO # 542779)
        Leonard H. Kesten (BBO # 542042)
        BRODY, HARDOON, PERKINS
        & KESTEN
        699 Boylston Street, Suite 12
        Boston, MA 02116
        Tel. 617-880-7100
        jsilverfine@bhpklaw.com
        lkeston@bhpklaw.com

Date:  May 11, 2021

## CERTIFICATE OF SERVICE

     I, Benjamin S. Kafka, hereby certify that the foregoing document has been filed and served through the Court's electronic filing system and to all parties, this 11th day of May, 2021.

                                              */s/ Benjamin S. Kafka*
                                              Benjamin S. Kafka